# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-41264
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 3, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE LAGOS-MARADIAGA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:13-CR-1357-1

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Jose Lagos-Maradiaga appeals the 30-month sentence imposed following his guilty plea conviction for illegally reentering the United States after a previous deportation. For the first time on appeal, he contends that the district court plainly erred by imposing the 12-level drug trafficking enhancement of U.S.S.G. § 2L1.2(b)(1)(B). We have rejected Lagos-Maradiaga's argument that a state drug conviction must involve financial remuneration to constitute a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41264

drug trafficking offense under § 2L1.2.  *See United States v. Martinez-Lugo*, 782 F.3d 198, 201-05 (5th Cir. 2015), *petition for cert. filed* (June 19, 2015) (No. 14-10355).

AFFIRMED.